## WARREN v. CITY OF ASHEVILLE

No. 325P85.

Case below: 74 N.C. App. 402.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

## WHITE OAK PROPERTIES v. TOWN OF CARRBORO

No. 304P85.

Case below: 71 N.C. App. 360.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 August 1985.

## WILLIFORD v. CRABTREE

No. 273P85.

Case below: 73 N.C. App. 701.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 13 August 1985.